IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Patty Shwartz

                             Crim. No. 08-868(FSH)

          v.              :

                          :

GINO SILVA               :  **CONSENT ORDER**

UPON application of the defendant Gino Silva, Robert G. Stahl, Esq., appearing, and with the consent of the United States Attorney Christopher J. Christie (AUSA Scott McBride appearing) for an order modifying defendant's conditions of release to permit travel to Portugal, with the knowledge of Pre-Trial Services ("PTS"), and

IT IS ON this 23rd day of February, 2009, Ordered that:

Defendant is permitted to travel from Newark Airport to Portugal from Saturday, February 28, 2009 through Friday, March 6, 2009. Defendant will continue to abide by all other prior conditions set by the Court and PTS.

CONSENTED TO:

_[signature]_
AUSA Scott McBride

_[signature]_
Robert G. Stahl, Esq.

**SO ORDERED.**

_____
HON. ~~PATTY SCHWARTZ,~~ Faith S. Hochberg
UNITED STATES ~~MAGISTRATE~~ JUDGE
                 District