IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Patty Shwartz |
| | | Crim. No. 08-868(FSH) |
| | : | |
| v. | | |
| | : | |
| GINO SILVA | : | CONSENT ORDER |

UPON application of the defendant Gino Silva, Robert G. Stahl, Esq., appearing, and with the consent of the Acting United States Attorney Ralph Marra (AUSA Scott McBride appearing) for an order modifying defendant's conditions of release to permit travel to Portugal, with the knowledge and consent of Pre-Trial Services ("PTS"), and

IT IS ON this 20th day of May, 2009, Ordered that:

Defendant is permitted to travel from Newark Airport to Lisbon, Portugal from Wednesday, May 20, 2009 through Wednesday, May 27, 2009. Defendant will continue to abide by all other prior conditions set by the Court and PTS.

CONSENTED TO:

_____
AUSA Scott McBride

_____
Robert G. Stahl, Esq.

**SO ORDERED.**

~~HON. PATTY SHWARTZ,~~
~~UNITED STATES MAGISTRATE JUDGE~~
Faith S. Hochberg, U.S.D.J.